IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10064
Conference Calendar
_____


JERRY DALE DIEMER,

                                        Plaintiff-Appellant,


versus

DALLAS COUNTY SHERIFF'S DEPARTMENT ET AL.,

                                        Defendants,

JIM BOWLES,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CV-1284
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Jerry Dale Diemer, #676401, appeals from the district

court's order granting summary judgment in favor of the

defendant, Dallas County Sheriff Jim Bowles, in Diemer's civil

rights complaint brought pursuant to 42 U.S.C. § 1983.  Diemer

argues that the district court erred by granting Bowles' motion

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

and dismissing his complaint.  We have reviewed the record and the briefs of the parties and find no reversible error.  Accordingly, we AFFIRM for essentially the same reasons set forth by the district court.  <u>Diemer v. Dallas County Sheriff's Dept et al.</u>, No. 3:94-CV-1284 (N.D. Tex. Dec. 11, 1995).

AFFIRMED.